**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JORGE FLORES,

                Plaintiff,

v.                                                           CV No. 19-331 WJ/CG

ANDREW SAUL,
Commissioner of the Social Security
Administration,

                Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

**THIS MATTER** is before the Court on Defendant Andrew Saul's *Unopposed Motion for Extension of Time to File Response Brief* (the "Motion"), (Doc. 23), filed November 1, 2019. After reviewing the Motion and noting it is unopposed, the Court finds the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant shall have until **December 5, 2019**, to file a Response to Plaintiff Jorge Flores' *Motion to Remand to Agency with Supporting Memorandum*, (Doc. 17), filed September 3, 2019, and Plaintiff may have until **December 19, 2019**, to file a Reply.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE