IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JORGE FLORES,

            Plaintiff,

v.                                  CV No. 19-331 CG

ANDREW SAUL,
Commissioner of the Social Security
Administration,

            Defendant.

## ORDER PERMITTING LATE FILING OF PLAINTIFF'S UNOPPOSED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to File Out of Time* (the "Motion"), (Doc. 32), filed November 13, 2020. In the Motion, Plaintiff asks the Court to enter an order permitting his late filing of an unopposed motion for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). *Id.* at 1. The Court, having reviewed the Motion, noting it is unopposed, and being otherwise fully informed, finds the Motion is well-taken and should be **GRANTED**.

Plaintiff further asks the Court to "accept the attached" unopposed motion for EAJA fees and supporting memorandum. (Doc. 32 at 2). However, the Motion contained no attachments. **IT IS THEREFORE ORDERED** that Plaintiff shall have until **November 30, 2020**, to file his unopposed motion for EAJA fees.

      **IT IS SO ORDERED**.

                                                THE HONORABLE CARMEN E. GARZA
                                                CHIEF UNITED STATES MAGISTRATE JUDGE